# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM PAGER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> METROPOLITAN EDISON, a/k/a MET-ED FIRSTENERGYCORP., et al., <br><br> Defendants. | CIVIL ACTION NO. 3:17-cv-00934 <br><br> (SAPORITO, M.J.) |

## ORDER

**AND NOW, this 27th day of September, 2019**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Allstate's motion for summary judgment (Doc. 78) is **GRANTED**;

2. All other pending motions for summary judgment (Doc. 79; Doc. 82; Doc. 140; Doc. 142; Doc. 145) are **DENIED**;

3. The Clerk is directed to enter **JUDGMENT** in favor of defendant **Allstate Insurance Company** with respect to **Counts IV, V, and IX** of the complaint;

4. The remainder of the plaintiffs' claims against the remaining defendants (Counts I, II, III, VI, and IX of the complaint) shall be set

down for trial;

5. Discovery shall be reopened for a period of **ninety (90) days** after the date of this Order, limited to issue of damages only;

6. The plaintiffs shall serve any supplemental disclosures or discovery responses, including any additional documents responsive to previously served request for production, within **thirty (30) days** after the date of this Order; and

7. The defendants may reopen the depositions of William and Jenna Pager for further examination, limited to the issue of damages only; any notices of deposition must be served within **sixty (60) days** after the date of this Order, and the reopened depositions must be completed within **ninety (90) days** after the date of this Order.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge